1  Adam I. Gafni, SBN 230045
2  **WOOLF GAFNI & CIRLIN LLP**
3  10850 Wilshire Blvd, Suite 510
   Los Angeles, CA 90024
4  Tel: (310) 474-8776; Fax: 310-919-3037
   adam.gafni@wgclawyers.com
5
6  Attorneys for Petitioner
   **Barry Rosen**
7
8              **UNITED STATES DISTRICT COURT FOR THE**
                  **SOUTHERN DISTRICT OF CALIFORNIA**
9

| In Re DMCA Subpoena to eBay, Inc. | Case No.  15MC0383 |
|---|---|
| | Barry Rosen's Request to the Clerk for Issuance of Subpoena to eBay, Inc., Pursuant to 17 U.S.C. § 512(h) to Identify Alleged Infringers |

Petitioner, Barry Rosen ("Rosen"), through his undersigned counsel of record, hereby request that the Clerk of this Court issue a subpoena to eBay, Inc. to identify alleged infringers at issue, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as Exhibit A.

The DMCA Subpoena is directed to eBay, Inc. the service provider of a site to which the infringing parties identified as "cbsbuzz," "pmaybee," "w0jlc," "krob99," "raffles2842013," "hightide," "lissysphotos," "rainbogems," "fitmom824," "mr.marion," "hbaker09," "jcagney," "hairybeury," "kovintage2013," "bc-vintage," "byrograph2," "hslsports," "historyofthegame," "bswitco," "vintage81," "powerangers," "nyc3870,"

_____
1
Rosen's Request To The Clerk For Issuance of DMCA Subpoena

"khw," "bluefly64," "konofrio79," "dave-charles-art," "superstarsgallery," "aitx," "philcobb," "1stchoicephotosandposters," "veteranofwar," "westcoastrackers," "tensistersimages," "123-packfan," "kentucky-roots," "sireltonjohn," "presspasscollectibles," "pinoke51," "nwo_4life_2012," "jd1977a," "togs-20726," "celluloidmemories," "sportscards," "weeeeeace," "thisandthat101," "moviestarspixs," "t50fox," "bigscreenimages2012," "black_and_blue_ink," "123arrick," "moviemagicandmore," "glamourgirlsautographs," "timanne2000," "picbliss," "cardboardlegendsonline," "southboundtim," "irishrain," "softaddict," "moviefanz," "sepiacin6," and "Wylarcollectibles" posted content that infringe copyrights held by Rosen. (See Declaration of Adam I. Gafni ("Gafni Decl." Exhibit 1.)

Rosen has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C § 512(h), namely:

(1) Rosen has submitted copies of the notifications he sent to eBay, Inc. pursuant to 17 U.S.C. § 512(c)(3)(A) as Exhibit 1 to the Declaration of Adam I. Gafni.

(2) Rosen has submitted the proposed DMCA subpoena concurrently herewith (Exhibit A hereto); and

(3) Rosen, through his counsel of record, has submitted a sworn declaration confirming that the purpose for which the DMCA subpoena is sought is to obtain the identity of an alleged infringer or infringers, and that such information will only be used for the purpose of protecting Rosen's rights under Title 17 U.S.C. § 512(h)(2). *See* Gafni Decl., ¶ 4.

Because Rosen has complied with the statutory requirements, Rosen respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena, pursuant to 17 U.S.C. 512(h)(4).

Dated:      March 27, 2015                                WOOLF GAFNI & CIRLIN LLP

                                                          By: /s/ Adam I. Gafni
                                                              Adam I. Gafni
                                                              Attorneys for Plaintiff