Adam I. Gafni, SBN 230045
**WOOLF GAFNI & CIRLIN LLP**
10850 Wilshire Blvd, Suite 510
Los Angeles, CA 90024
Tel: (310) 474-8776; Fax: 310-919-3037
adam.gafni@wgclawyers.com

Attorneys for Petitioner
**Barry Rosen**

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DMCA Subpoena to eBay, Inc. | **Case No.**  15MC0383 |
| | Declaration of Adam I. Gafni in support of Barry Rosen's Request to the Clerk for Issuance of Subpoena to eBay, Inc. Pursuant to 17 U.S.C. § 512(h) to Identify Alleged Infringers |

I, Adam I. Gafni, counsel of record for Petitioner Barry Rosen ("Rosen") in the above-referenced matter, hereby declare as follows:

1. I am authorized to act on behalf of Rosen.

2. I submit this declaration in support of Rosen's request for issuance to eBay, Inc. of a subpoena, pursuant to the Digital Millennium Copyright Act ("DMCA") 17 U.S.C. § 512(h) (the "DMCA Subpoena"), to identify the users identified as: "cbsbuzz," "pmaybee," "w0jlc," "krob99," "raffles2842013," "hightide," "lissysphotos," "rainbogems," "fitmom824," "mr.marion," "hbaker09," "jcagney," "hairybeury," "kovintage2013," "bc-vintage," "byrograph2," "hslsports," "historyofthegame,"

"bswitco," "vintage81," "powerangers," "nyc3870," "khw," "bluefly64," "konofrio79," "dave-charles-art," "superstarsgallery," "aitx," "philcobb," "1stchoicephotosandposters," "veteranofwar," "westcoastrackers," "tensistersimages," "123-packfan," "kentucky-roots," "sireltonjohn," "presspasscollectibles," "pinoke51," "nwo_4life_2012," "jd1977a," "togs-20726," "celluloidmemories," "sportscards," "weeeeeace," "thisandthat101," "moviestarspixs," "t50fox," "bigscreenimages2012," "black_and_blue_ink," "123arrick," "moviemagicandmore," "glamourgirlsautographs," "timanne2000," "picbliss," "cardboardlegendsonline," "southboundtim," "irishrain," "softaddict," "moviefanz,"  "sepiacin6," and "Wylarcollectibles."

3.  Pursuant to 17 U.S.C. § 512(c)(3)(A), Rosen submitted notifications to eBay, Inc. identifying the infringing content by the aforementioned users providing the information required by 17 U.S.C. § 512(c)(3)(A).  True and correct copies of the notifications sent to eBay, Inc. are attached as Exhibit 1.

4.  The purpose for which the DMCA Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Rosen's rights under title 17 U.S.C. §§ 100.


I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.  Executed this 27th day of March 2015.


/s/ Adam I. Gafni
Adam I. Gafni

Declaration of Adam I. Gafni

# EXHIBIT 1

**Subject: Electronic Notice of Claimed Infringement (12412-2)**
**Date:** Tuesday, December 4, 2012 at 2:03 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 12/4/12


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

**Page 1 of 2**

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Ali Landry (image 2)
Item Number(s):  110984872681 (123arrick)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (12412-1)**
**Date:** Tuesday, December 4, 2012 at 2:01 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 12/4/12

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

**Page 1 of 2**

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Ali Landry (image 1)
Item Number(s):  121033037568 (123arrick)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (9513-6)**
**Date:** Thursday, September 5, 2013 at 9:44 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 9/5/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Kournikova
Item Number(s): 161063672817  (123-packfan)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (9513-5)**
**Date:** Thursday, September 5, 2013 at 9:43 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 9/5/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

**Page 1 of 2**

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Kournikova
Item Number(s): 161092309291  (123-packfan)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (9513-4)**
**Date:** Thursday, September 5, 2013 at 9:43 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 9/5/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Kournikova
Item Number(s): 390652989896   (123-packfan)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (92713-1)**
**Date:** Friday, September 27, 2013 at 10:31 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 9/27/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.5
Work(s) infringed: Gena Lee Nolin
Item Number(s): 370908300111 (1stchoicephotosandposters )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (10213-2)**
**Date:** Wednesday, October 2, 2013 at 3:37 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 10/2/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

**Page 1 of 2**

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Daisy Fuentes (image 2)
Item Number(s): 400582417916 ( aitx)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (10213-1)**
**Date:** Wednesday, October 2, 2013 at 3:36 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 10/2/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that


*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Daisy Fuentes (image 1)
Item Number(s): 151135225016 ( aitx)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (3714-1)**
**Date:** Friday, March 7, 2014 at 1:04 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 3/7/14

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Jeri Ryan
Item Number(s): 291095829423 ( bc-vintage)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (3313-6)**
**Date:** Sunday, February 3, 2013 at 10:10 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 3/3/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that


*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

Page 1 of 2

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Fuentes
Item Number(s):  181072975489 ( bigscreenimages2012)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (3313-1)**
**Date:** Sunday, February 3, 2013 at 10:07 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 3/3/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Kournikova
Item Number(s):  271149238183 ( black_and_blue_ink)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (111713-1)**
**Date:** Sunday, November 17, 2013 at 1:50 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 11/17/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Eleniak
Item Number(s):  121214978174  (bluefly64 )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (12213-5)**
**Date:** Monday, December 2, 2013 at 6:28 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 12/2/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.5
Work(s) infringed: Chase Masterson
Item Number(s): 190988357746  (willful repeat posting by bswitco see  200961214147)

Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (9813-1)**
**Date:** Sunday, September 8, 2013 at 1:47 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 9/8/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.     Trademark owner doesn't make this type of product
1.2.     Item(s) is unlawful replica of a product made by the trademark
```

**Page 1 of 2**

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.5
Work(s) infringed: Chase masterson
Item Number(s): 200961214147  ( bswitco )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (22414-1)**
**Date:** Monday, February 24, 2014 at 8:20 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 2/24/14


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Daisy Fuentes
Item Number(s): 221380799456 ( byrograph2)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (22114-1)**
**Date:** Friday, February 21, 2014 at 8:34 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 2/21/14

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Daisy Fuentes
Item Number(s): 221378301334 ( byrograph2)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (10512-1)**
**Date:** Friday, October 5, 2012 at 8:32 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 10/5/12


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Daisy Fuentes
Item Number(s):  120994673452 (cardboardlegendsonline)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (12715-3)**
**Date:** Tuesday, January 27, 2015 at 11:06 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 1/27/15


eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)

```
Trademark — item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark — listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized
logo in written text). Please specify: _____

Copyright — item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which
constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a
pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as
text, paintings, or sculptures).

Copyright — listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent
registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a
celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other — please specify: _____


Reason Code: 3.2
Work(s) infringed: Sofia Vergara
Item Number(s): 301503236158 ( cbsbuzz )


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (52413-4)**
**Date:** Friday, May 24, 2013 at 3:47 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 5/24/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

Page 1 of 2

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Gena Lee Nolin (image 4)
Item Number(s):  161033074347 (celluloidmemories)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (52413-3)**
**Date:** Friday, May 24, 2013 at 3:47 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 5/24/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ˆ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.     Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.     Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.     Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.     Software offered for sale in violation of a license
3.2.     Item(s) is a bootleg recording of live performance
3.3.     Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.     Item(s) is unlawful duplication of printed material
3.5.     Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.     Listing(s) uses unauthorized copy of copyrighted text
4.2.     Listing(s) uses unauthorized copy of copyrighted image
4.3.     Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.     Item(s) infringes a valid patent (requires patent registration
number)
5.3.     Item(s) violates a celebrity's right of publicity
5.4.     Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Gena Lee Nolin (image 3)
Item Number(s):  161033074727 (celluloidmemories)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (52413-2)**
**Date:** Friday, May 24, 2013 at 3:46 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 5/24/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Gena Lee Nolin (image 2)
Item Number(s):  161033075040 (celluloidmemories)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (52413-1)**
**Date:** Friday, May 24, 2013 at 3:46 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 5/24/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.5
Work(s) infringed: Gena Lee Nolin (image 1)
Item Number(s):  200927386884 (celluloidmemories)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (101713-2)**
**Date:** Thursday, October 17, 2013 at 11:00 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 10/17/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

```
owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.4
Work(s) infringed: Ali Landry
Item Number(s): 310771160208 ( dave-charles-art)


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (82214-1)**
**Date:** Friday, August 22, 2014 at 6:58 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 8/22/14


eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)
```

```
Trademark — item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark — listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized
logo in written text). Please specify: _____

Copyright — item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which
constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a
pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as
text, paintings, or sculptures).

Copyright — listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent
registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a
celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other — please specify: _____


Reason Code: 3.2
Work(s) infringed: Sofia Vergara
Item Number(s): 281417986890 ( fitmom824)


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (111612-1)**
**Date:** Friday, November 16, 2012 at 9:11 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 11/16/12

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

```
owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Gena Nolin
Item Number(s):  140886922478 (glamourgirlsautographs)


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (42814-1)**
**Date:** Monday, April 28, 2014 at 10:34 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 4/28/14


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

**Page 1 of 2**

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.3, 3.5, 4.2
Work(s) infringed: Jeri ryan
Item Number(s): 400701293209 ( hairybeury)
Image Link: http://i.ebayimg.com/00/s/NTYwWDM3Nw==/z/mgoAAOxyc2pTXmB4/$_57.JPG


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (62814-1)**
**Date:** Saturday, June 28, 2014 at 9:23 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 6/28/14

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.4, 3.5, 4.2
Work(s) infringed: Gena Nolin
Item Number(s): 321444776286 (hbaker09)
Image Link: http://i.ebayimg.com/00/s/MTYwMFgxMjky/z/iK4AAOSwBvNTrKPZ/$_57.JPG


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (11214-1)**
**Date:** Sunday, January 12, 2014 at 8:26 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 1/12/14

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.5, 4.2
Work(s) infringed: Chase Masterson
Item Number(s): 380814836412 ( hightide)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (101714-1)**
**Date:** Friday, October 17, 2014 at 11:12 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 10/17/14

eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)
```

Trademark — item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark — listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized logo in written text). Please specify: _____

Copyright — item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as text, paintings, or sculptures).

Copyright — listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other — please specify: _____


Reason Code: 3.2
Work(s) infringed: Anna Kourikova
Item Number(s): 381024681065 ( hightide)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (121113-1)**
**Date:** Wednesday, December 11, 2013 at 8:33 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 12/11/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

**Page 1 of 2**

```
owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Anna Kournikova
Item Number(s): 141138310798 ( historyofthegame)


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (12014-1)**
**Date:** Monday, January 20, 2014 at 11:31 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 1/20/14

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

**Page 1 of 2**

owner
1.3.     Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.     Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.     Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.     Software offered for sale in violation of a license
3.2.     Item(s) is a bootleg recording of live performance
3.3.     Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.     Item(s) is unlawful duplication of printed material
3.5.     Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.     Listing(s) uses unauthorized copy of copyrighted text
4.2.     Listing(s) uses unauthorized copy of copyrighted image
4.3.     Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.     Item(s) infringes a valid patent (requires patent registration
number)
5.3.     Item(s) violates a celebrity's right of publicity
5.4.     Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Gena Lee Nolin
Item Number(s): 261379440494 (willful repeat posting by hslsports see 260928796950)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (1512-1)**
**Date:** Thursday, January 5, 2012 at 11:10 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>
**Cc:** "Dougherty, Dan" <ddougherty@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 1/5/12

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
```

1.2.    Item(s) is unlawful replica of a product made by the trademark owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies, etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings, sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.5
Work(s) infringed: Gena Nolin
Item Number(s): 260928796950 ( hslsports)

Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (81612-1)**
**Date:** Thursday, August 16, 2012 at 12:02 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 8/16/12


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.     Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.     Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.     Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.     Software offered for sale in violation of a license
3.2.     Item(s) is a bootleg recording of live performance
3.3.     Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.     Item(s) is unlawful duplication of printed material
3.5.     Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.     Listing(s) uses unauthorized copy of copyrighted text
4.2.     Listing(s) uses unauthorized copy of copyrighted image
4.3.     Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.     Item(s) infringes a valid patent (requires patent registration
number)
5.3.     Item(s) violates a celebrity's right of publicity
5.4.     Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Anna Kournikova
Item Number(s): 300763870658 ( irishrain)


Truthfully,

/S/: BARRY ROSEN

**Subject: Revised - Electronic Notice of Claimed Infringement (61814-1)**
**Date:** Thursday, June 19, 2014 at 8:49 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>, "Taylor, Larry" <ltaylor@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 6/18/14

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ˆ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.5
Work(s) infringed: Vergara
Item Number(s): 161340383325 ( jcagney )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (53113-1)**
**Date:** Friday, May 31, 2013 at 1:10 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 5/31/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

**Page 1 of 2**

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Gena Nolin
Item Number(s): 290924389631 ( jd1977a)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (82613-3)**
**Date:** Monday, August 26, 2013 at 11:35 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 8/26/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Pamela Anderson
Item Number(s): 380684419404 ( kentucky-roots  )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (31213-1)**
**Date:** Tuesday, March 12, 2013 at 7:52 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 3/12/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Pamela Anderson
Item Number(s): 380547329763 ( kentucky-roots )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (112213-3)**
**Date:** Friday, November 22, 2013 at 1:44 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 11/22/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

**Page 1 of 2**

```
owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Kournikova
Item Number(s): 360797804154 ( khw)


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (103113-3)**
**Date:** Thursday, October 31, 2013 at 11:35 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 10/31/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that


*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

```
owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Jeri Ryan
Item Number(s): 321238934384 ( konofrio79)


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (31014-1)**
**Date:** Monday, March 10, 2014 at 2:08 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 3/10/14


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Daisy Fuentes
Item Number(s): 251471888216 ( kovintage2013)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (11315-2)**
**Date:** Tuesday, January 13, 2015 at 10:36 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 1/13/15


eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)
```

**Page 1 of 2**

Trademark — item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark — listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized logo in written text). Please specify: _____

Copyright — item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as text, paintings, or sculptures).

Copyright — listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other — please specify: _____


Reason Code: 3.2
Work(s) infringed: Gena Nolin
Item Number(s): 151485566599 ( krob99)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (83014-2)**
**Date:** Saturday, August 30, 2014 at 7:39 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 8/30/14

eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)
```

```
Trademark — item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark — listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized
logo in written text). Please specify: _____

Copyright — item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which
constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a
pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as
text, paintings, or sculptures).

Copyright — listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent
registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a
celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other — please specify: _____


Reason Code: 3.2
Work(s) infringed: Jeri ryan
Item Number(s): 181510878026 ( lissysphotos)


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (83014-1)**
**Date:** Saturday, August 30, 2014 at 7:39 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 8/30/14

eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)
```

**Page 1 of 2**

```
Trademark — item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark — listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized
logo in written text). Please specify: _____

Copyright — item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which
constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a
pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as
text, paintings, or sculptures).

Copyright — listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent
registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a
celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other — please specify: _____


Reason Code: 3.2
Work(s) infringed: Jeri ryan
Item Number(s): 181510878254 ( lissysphotos)


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (62612-1)**
**Date:** Tuesday, June 26, 2012 at 9:48 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 6/26/12


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

**Page 1 of 2**

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Kournikova
Item Number(s): 130720657639 ( moviefanz )


Truthfully,

/S/: BARRY ROSEN

**Subject: Revised Electronic Notice of Claimed Infringement (112112-1)**
**Date:** Wednesday, November 21, 2012 at 4:24 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 11/21/12

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Alison Eastwood
Item Number(s):  190756489705 ( moviemagicandmore)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (22713-7)**
**Date:** Wednesday, February 27, 2013 at 3:10 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 2/22/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

```
owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Charisma Carpenter (Image 7)
Item Number(s): 370769791259 ( moviestarspixs )


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (22713-6)**
**Date:** Wednesday, February 27, 2013 at 3:10 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 2/22/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.     Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.     Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.     Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.     Software offered for sale in violation of a license
3.2.     Item(s) is a bootleg recording of live performance
3.3.     Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.     Item(s) is unlawful duplication of printed material
3.5.     Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.     Listing(s) uses unauthorized copy of copyrighted text
4.2.     Listing(s) uses unauthorized copy of copyrighted image
4.3.     Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.     Item(s) infringes a valid patent (requires patent registration
number)
5.3.     Item(s) violates a celebrity's right of publicity
5.4.     Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Charisma Carpenter (Image 6)
Item Number(s): 370769791183 ( moviestarspixs )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (22713-5)**
**Date:** Wednesday, February 27, 2013 at 3:09 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 2/22/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies, etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings, sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Charisma Carpenter (Image 5)
Item Number(s): 370769791243( moviestarspixs )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (22713-4)**
**Date:** Wednesday, February 27, 2013 at 3:09 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 2/22/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Charisma Carpenter (Image 4)
Item Number(s): 370769791278 ( moviestarspixs )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (22713-3)**
**Date:** Wednesday, February 27, 2013 at 3:09 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 2/22/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that


*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.5
Work(s) infringed: Charisma Carpenter (Image 3)
Item Number(s): 370769791293 ( moviestarspixs )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (22713-2)**
**Date:** Wednesday, February 27, 2013 at 3:08 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 2/22/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Charisma Carpenter (Image 2)
Item Number(s):  370769791589 ( moviestarspixs )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (22713-1)**
**Date:** Wednesday, February 27, 2013 at 3:08 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 2/27/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.5
Work(s) infringed: Charisma Carpenter (Image 1)
Item Number(s):  390551285034 ( moviestarspixs )


Truthfully,

/S/: BARRY ROSEN

**Subject:** Electronic Notice of Claimed Infringement (8714-2)
**Date:** Thursday, August 7, 2014 at 9:38 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 8/7/14

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.4, 3.5, 4.2
Work(s) infringed: Jeri Ryan
Item Number(s): 111429351722 ( mr.marion )
Image Link: http://i.ebayimg.com/00/s/MTI3OVgxNjAw/z/PqgAAOSwQItT4sBH/$_57.JPG

Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (8714-1)**
**Date:** Thursday, August 7, 2014 at 9:38 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 8/7/14

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.4, 3.5, 4.2
Work(s) infringed: Jeri Ryan
Item Number(s): 111429360047 ( mr.marion )
Image Link: http://i.ebayimg.com/00/s/MTIwMFgxNjAw/z/9AoAAOSwnDZT4sSA/$_57.JPG

Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (62813-1)**
**Date:** Friday, June 28, 2013 at 2:30 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 6/28/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Kournikova
Item Number(s): 231007760962 ( nwo_4life_2012 )


Truthfully,

/S/: BARRY ROSEN

**Subject: Revised Electronic Notice of Claimed Infringement (112413-2)**
**Date:** Monday, November 25, 2013 at 5:22 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Revised Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 11/24/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Anna Kournikova
Item Number(s): 261337891570 ( nyc3870)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (92713-2)**
**Date:** Friday, September 27, 2013 at 10:32 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 9/27/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.5
Work(s) infringed: Tawny Kitaen
Item Number(s):
181226089076
171134960392
171132291245
181218385123
171120003257
181207614949
181204484384 ( philcobb )

Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (10912-2)**
**Date:** Tuesday, October 9, 2012 at 11:44 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 10/9/12


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Ali Landry (image 2)
Item Number(s):  280991856014 ( picbliss )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (10912-1)**
**Date:** Tuesday, October 9, 2012 at 11:34 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 10/9/12

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.   Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.   Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.   Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.   Software offered for sale in violation of a license
3.2.   Item(s) is a bootleg recording of live performance
3.3.   Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.   Item(s) is unlawful duplication of printed material
3.5.   Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.   Listing(s) uses unauthorized copy of copyrighted text
4.2.   Listing(s) uses unauthorized copy of copyrighted image
4.3.   Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.   Item(s) infringes a valid patent (requires patent registration
number)
5.3.   Item(s) violates a celebrity's right of publicity
5.4.   Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Ali Landry (image 1)
Item Number(s):  280991856066 ( picbliss )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (63013-1)**
**Date:** Sunday, June 30, 2013 at 9:43 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 6/30/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Nolin
Item Number(s): 290939384801 ( pinoke51)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (12715-4)**
**Date:** Tuesday, January 27, 2015 at 11:06 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 1/27/15


eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)
```

Trademark — item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark — listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized logo in written text). Please specify: _____

Copyright — item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as text, paintings, or sculptures).

Copyright — listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other — please specify: _____


Reason Code: 3.2
Work(s) infringed: Chase masterson
Item Number(s): 271754621941 ( pmaybee  )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (112813-1)**
**Date:** Thursday, November 28, 2013 at 12:20 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 11/28/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ˆ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Ali Landry
Item Number(s):  390712954996 (power angers)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (7213-2)**
**Date:** Tuesday, July 2, 2013 at 9:03 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 7/2/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ˆ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Daisy Fuentes (image 2)
Item Number(s): 130940620710  ( presspasscollectibles )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (7213-1)**
**Date:** Tuesday, July 2, 2013 at 9:02 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 7/2/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.5
Work(s) infringed: Daisy Fuentes (image 1)
Item Number(s): 130940620711 ( presspasscollectibles )

Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (11214-4)**
**Date:** Sunday, November 2, 2014 at 6:18 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 11/2/14

eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)
```

```
Trademark — item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark — listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized
logo in written text). Please specify: _____

Copyright — item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which
constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a
pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as
text, paintings, or sculptures).

Copyright — listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent
registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a
celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other — please specify: _____


Reason Code: 3.2
Work(s) infringed: Eleniak (image 3)
Item Number(s): 321570581823 ( raffles2842013 )


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (11214-3)**
**Date:** Sunday, November 2, 2014 at 6:18 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 11/2/14


eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)
```

```
Trademark – item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark – listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized
logo in written text). Please specify: _____

Copyright – item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which
constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a
pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as
text, paintings, or sculptures).

Copyright – listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent
registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a
celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other – please specify: _____


Reason Code: 3.2
Work(s) infringed: Eleniak (image 3)
Item Number(s): 321570581822 ( raffles2842013 )


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (11214-2)**
**Date:** Sunday, November 2, 2014 at 6:17 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 11/2/14


eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)
```

**Page 1 of 2**

Trademark — item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark — listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized logo in written text). Please specify: _____

Copyright — item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as text, paintings, or sculptures).

Copyright — listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other — please specify: _____


Reason Code: 3.2
Work(s) infringed: Eleniak (image 2)
Item Number(s): 321570581820 ( raffles2842013 )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (11214-1)**
**Date:** Sunday, November 2, 2014 at 6:17 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 11/2/14

eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)
```

```
Trademark — item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark — listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized
logo in written text). Please specify: _____

Copyright — item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which
constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a
pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as
text, paintings, or sculptures).

Copyright — listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent
registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a
celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other — please specify: _____


Reason Code: 3.2
Work(s) infringed: Eleniak (image 1)
Item Number(s): 321570581861 ( raffles2842013 )


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (82214-3)**
**Date:** Friday, August 22, 2014 at 7:00 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 8/22/14

eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)
```

**Page 1 of 2**

```
Trademark — item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark — listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized
logo in written text). Please specify: _____

Copyright — item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which
constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a
pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as
text, paintings, or sculptures).

Copyright — listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent
registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a
celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other — please specify: _____


Reason Code: 3.2
Work(s) infringed: Masterson
Item Number(s): 111439586034 ( rainbogems)


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (62312-2)**
**Date:** Saturday, June 23, 2012 at 7:55 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 6/23/12

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Sonia Vera
Item Number(s): 251091604413 ( sepiacin61)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (72413-1)**
**Date:** Wednesday, July 24, 2013 at 5:54 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 7/24/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

```
owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ˆ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ˆ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ˆ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Jeri Ryan
Item Number(s): 261252564411 ( sireltonjohn  )


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (71812-3)**
**Date:** Wednesday, July 18, 2012 at 9:34 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 7/18/12

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

```
owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Daryl Hannah (image 3)
Item Number(s): 221074902541 ( softaddict)


Truthfully,

/S/: BARRY ROSEN
```

**Page 2 of 2**

**Subject: Electronic Notice of Claimed Infringement (71812-2)**
**Date:** Wednesday, July 18, 2012 at 9:34 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 7/18/12

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies, etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings, sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Daryl Hannah (image 2)
Item Number(s): 320947776604 ( softaddict)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (71812-1)**
**Date:** Wednesday, July 18, 2012 at 9:34 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 7/18/12

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Daryl Hannah
Item Number(s): 221074902650 ( softaddict)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (81912-1)**
**Date:** Sunday, August 19, 2012 at 7:47 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 8/19/12

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

**Page 1 of 2**

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Sofia vergara
Item Number(s):  221107299746 ( southboundtim )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (52213-1)**
**Date:** Wednesday, May 22, 2013 at 12:39 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 5/22/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity

Reason Code: 3.5
Work(s) infringed: Kournikova
Item Number(s): 321129195478 ( sportscards )

Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (101413-1)**
**Date:** Monday, October 14, 2013 at 2:40 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 10/14/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ˆ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ˆ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ˆ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Gena Lee Nolin
Item Number(s):  261304359887 (superstarsgallery)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (2213-6)**
**Date:** Friday, February 22, 2013 at 7:59 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 2/22/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Eleniak
Item Number(s):  190801623401 ( t50fox )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (91313-1)**
**Date:** Friday, September 13, 2013 at 9:16 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 9/13/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ˆ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ˆ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ˆ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Jeri Ryan
Item Number(s): 251338494940 ( tensistersimages)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (42413-2)**
**Date:** Wednesday, April 24, 2013 at 9:04 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 4/24/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Kournikova (image 2)
Item Number(s): 261204997818 ( thisandthat101)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (42413-1)**
**Date:** Wednesday, April 24, 2013 at 9:04 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 4/24/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Kournikova (image 1)
Item Number(s): 261204997818 ( thisandthat101)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (101512-1)**
**Date:** Monday, October 15, 2012 at 9:31 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 10/15/12


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that


*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

**Page 1 of 2**

```
owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Kournikova
Item Number(s):  310478091855 ( timanne2000)


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (52913-1)**
**Date:** Wednesday, May 29, 2013 at 4:18 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 5/29/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

**Page 1 of 2**

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Eleniak
Item Number(s): 390603064833 ( togs-20726)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (91813-2)**
**Date:** Wednesday, September 18, 2013 at 8:03 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 9/18/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Sofia Vergara
Item Number(s): 261289024520 (2nd willful repeat posting veteranofwar see 261279279621 and
261279983179)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (9413-9)**
**Date:** Wednesday, September 4, 2013 at 5:49 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 9/4/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Sofia Vergara
Item Number(s): 261279983179 (relisted item by veteranofwar )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (9413-1)**
**Date:** Wednesday, September 4, 2013 at 9:10 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 9/4/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Sofia Vergara
Item Number(s): 261279279621 ( veteranofwar)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (12213-4)**
**Date:** Monday, December 2, 2013 at 6:27 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 12/2/13


eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811


Dear eBay:


I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.


I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677


In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:


NONE


A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.


Select the most appropriate reason. Please associate each item you
report with only one reason code.


Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)


Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ˆ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ˆ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ˆ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Chase Masterson
Item Number(s): 281219067794 ( vintage81)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (11315-1)**
**Date:** Tuesday, January 20, 2015 at 11:50 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)


Date: 1/19/15


eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)
```

```
Trademark — item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark — listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized
logo in written text). Please specify: _____

Copyright — item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which
constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a
pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as
text, paintings, or sculptures).

Copyright — listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent
registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a
celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other — please specify: _____


Reason Code: 3.2
Work(s) infringed: Gena Nolin
Item Number(s): 171647378218 ( w0jlc)


Truthfully,

/S/: BARRY ROSEN
```

**Subject: Electronic Notice of Claimed Infringement (52013-1)**
**Date:** Monday, May 20, 2013 at 2:24 PM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 5/20/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Gena Nolin
Item Number(s): 390598159823 ( weeeeeace )


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (91813-1)**
**Date:** Wednesday, September 18, 2013 at 8:01 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 9/18/13

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark

**Page 1 of 2**

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Anna Kournikova
Item Number(s): 151124754041  (willful repeat posting westcoastrackers see 160788401637)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (42712-1)**
**Date:** Friday, April 27, 2012 at 11:40 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date: 4/27/12

eBay Inc.
Attn: eBay VeRO Program
2145 Hamilton Ave.
San Jose, CA 95125
Fax Number: (408) 516-8811

Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

*  I am, the owner, or an agent authorized to act on behalf of the
owner, of certain intellectual property rights ("IP Owner");
*  I have a good faith belief that the listings identified below (by
item number) offer items or contain materials that are not authorized by
the IP Owner, its agent, or the law, and therefore infringe the IP
Owner's rights; and
*  The information in this notice is accurate.

Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

A Note on Reason Codes: When identifying item numbers please use the
reasons below. When choosing "other" please provide a detailed
explanation of the alleged infringement. When removing items from the
site, eBay will inform sellers of the specific reason for the removal of
their items. We believe providing sellers with this information benefits
all parties.

Select the most appropriate reason. Please associate each item you
report with only one reason code.

Reason Codes (Reason Codes (note that the numbers may not appear to be
sequential everywhere.  This is not a mistake, but simply reflects that
the reason codes are not legally applicable in all countries)

Trademark ^ Item infringement
1.1.    Trademark owner doesn't make this type of product
1.2.    Item(s) is unlawful replica of a product made by the trademark
```

owner
1.3.    Item(s) is unlawful importation of product bearing trademark

Trademark ^ listing content infringement
2.1.    Listing(s) contains unlawful comparison to trademark owner's brand
name
2.2.    Listing(s) contains unlawful use of trademark owner's logo

Copyright ^ item infringement
3.1.    Software offered for sale in violation of a license
3.2.    Item(s) is a bootleg recording of live performance
3.3.    Item(s) is an unlawful copy of media (software, games, movies,
etc.)
3.4.    Item(s) is unlawful duplication of printed material
3.5.    Item(s) is an unlawful copy of other copyrighted work (paintings,
sculptures, etc.)

Copyright ^ listing content infringement
4.1.    Listing(s) uses unauthorized copy of copyrighted text
4.2.    Listing(s) uses unauthorized copy of copyrighted image
4.3.    Listing(s) uses unauthorized copy of copyrighted image and text

Other infringement
5.1.    Item(s) infringes a valid patent (requires patent registration
number)
5.3.    Item(s) violates a celebrity's right of publicity
5.4.    Listing(s) content violates a celebrity's right of publicity


Reason Code: 3.5
Work(s) infringed: Anna Kournikova
Item Number(s): 160788401637  ( westcoastrackers)


Truthfully,

/S/: BARRY ROSEN

**Subject: Electronic Notice of Claimed Infringement (3915-1)**
**Date:** Monday, March 9, 2015 at 8:27 AM
**From:** Barry Rosen <brphoto@pacbell.net>
**To:** eBay Customer Support <vero@ebay.com>, <veroescalation@ebay.com>

```
Electronic Notice of Claimed Infringement
(Original Signature on File)

Date:3/9/15

eBay Inc.
Attn: eBay VeRO Program
173 W. Election
Draper UT 84020
Fax number: (801) 757-9521
Phone: 801-545-2711
email: vero@ebay.com


Dear eBay:

I, the undersigned, state UNDER PENALTY OF PERJURY that

* I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual
property rights ("IP Owner");
* I have a good faith belief that the listings identified (by item number) in the addendum
attached hereto offer items or contain materials that are not authorized by the IP Owner, its
agent, or the law; and
*  The information in this notice is accurate.


Please act expeditiously to remove the listings identified in the
addendum.

I May Be Contacted At (fields with an * are required)
Name of IP Owner: Barry Rosen
Name and Title: Barry Rosen
Company: N/A
Address: 136 S. Clark Dr.
City and State and Zip: Los Angeles, CA  90048-3254
email address ( for correspondence with eBay): brphoto@pacbell.net
email address (to be given to eBay sellers): Through eBay email via user
ID brcopyright
Telephone: (310) 860-1377
Fax: (310) 275-6677

In addition to the undersigned, the following persons have the proper
authority to sign future Notices of Claimed Infringement on behalf of
the IP Owner:

NONE

Addendum to Notice of Claimed Infringement: List of allegedly infringing listings, items, or
materials

Note on reason codes: When identifying item numbers please use the reasons below. When removing
items from our website, eBay will inform sellers of the specific reason for the removal of their
items. We believe providing sellers with this information benefits all parties.

Select the most appropriate reason. Please associate each item you report with only one reason
code.

Reason codes

(Note that the numbers may not appear to be sequential everywhere. This is not a mistake, but
simply reflects that the reason codes are not legally applicable in all countries.)
```

```
Trademark — item infringement
1.1. Item(s) is a counterfeit product which infringes the trademark owner's rights.

Trademark — listing content infringement
2.1. Listing(s) contains unlawful comparison to trademark owner's brand name.
2.2. Listing(s) contains unlawful use of trademark (for example, an unauthorized use of stylized
logo in written text). Please specify: _____

Copyright — item infringement
3.1. Software offered for sale is in violation of an enforceable license agreement, which
constitutes a copyright infringement.
3.2. Item(s) infringes copyrights (for example, a bootleg recording of a live performance, a
pirated copy of media such as software or movies, or an unlawful copy of copyrighted works such as
text, paintings, or sculptures).

Copyright — listing content infringement
4.1. Listing(s) uses unlawful copy of copyrighted text.
4.2. Listing(s) uses unlawful copy of copyrighted image.
4.3. Listing(s) uses unlawful copy of copyrighted image and text.

Other infringement

5.1. Item(s) has been adjudged to infringe a valid and enforceable patent (requires patent
registration number and identification of claims adjudged to be infringed). 5.3.Item(s) violates a
celebrity's right of publicity. 5.4.Listing(s) content violates a celebrity's rights of publicity.
5.5. Other — please specify: _____


Reason Code: 3.2
Work(s) infringed: Kournikova
Item Number(s):
301554093228
291399900305 ( wylarcollectibles)


Truthfully,

/S/: BARRY ROSEN
```