# ATTACHMENT A
# DOCUMENTS TO BE PRODUCED UNDER SUBPOENA

1. All identifying information, including the name(s), address(es), telephone number(s), email address(es), and MAC notes ("IDENTIFYING INFORMATION") for the users identified on your website http://www.ebay.com/ as indicated below from the time the account was established to the present, including all IDENTIFYING INFORMATION provided for billing or administrative purposes:

   **USERS:**

   cbsbuzz
   pmaybee
   w0jlc
   krob99
   raffles2842013
   hightide
   lissysphotos
   rainbogems
   fitmom824
   mr.marion
   hbaker09
   jcagney
   hairybeury
   kovintage2013
   bc-vintage
   byrograph2
   hslsports
   historyofthegame
   bswitco
   vintage81
   powerangers
   nyc3870
   khw
   bluefly64
   konofrio79
   dave-charles-art

superstarsgallery
aitx
philcobb
1stchoicephotosandposters
veteranofwar
westcoastrackers
tensistersimages
123-packfan
kentucky-roots
sireltonjohn
presspasscollectibles
pinoke51
nwo_4life_2012
jd1977a
togs-20726
celluloidmemories
sportscards
weeeeeace
thisandthat101
moviestarspixs
t50fox
bigscreenimages2012
black_and_blue_ink
123arrick
moviemagicandmore
glamourgirlsautographs
timanne2000
picbliss
cardboardlegendsonline
southboundtim
irishrain
softaddict
moviefanz
sepiacin61
Wylarcollectibles